The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNQUE DARON JONES-ADAMS,<br><br>                Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC and TRANS UNION LLC,<br><br>                Defendant. | Case No. 2:24-cv-01836-JCC<br><br>[~~PROPOSED~~] **DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br><u>**NOTED ON MOTION CALENDAR:**</u><br>Same Day Motion |

Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, hereby submits this Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. In support of its motion, Equifax states as follows:

1. On September 30, 2024, Plaintiff Cynque Daron Jones-Adams filed a Complaint in the Superior Court of Washington for King County. (ECF No. 1-2)

2. Equifax was served via process service on its registered agent, Corporation Service Company, on October 18, 2024.

3. On November 7, 2024, Defendant Trans Union LLC timely removed this matter to the United States District Court for the Western District of Washington. (ECF No. 1)

4. Pursuant to Rule 81(c) Federal Rule of Civil Procedure, Equifax must file its responsive pleading by November 14, 2024.

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION
2:24-CV-01836-JCC - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

5. On November 13, 2024, counsel for Equifax conferred with Pro Se Plaintiff to confirm that she had no objection to extending Equifax's deadline to answer or respond to Plaintiff's Complaint. Plaintiff consents to Equifax's requested extension.

6. Thus, to allow Equifax additional time to investigate Plaintiff's allegations and to engage in informal settlement discussions with Pro Se Plaintiff, Equifax respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint through and including November 21, 2024.

7. This motion is filed before Equifax's response to Plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

8. This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to Plaintiff's Complaint through and including November 21, 2024.

Respectfully submitted this November 14, 2024.

SEYFARTH SHAW LLP

By: /s/Andrew R. Escobar
Andrew R. Escobar, WSBA No. 42793
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: aescobar@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION
2:24-CV-01836-JCC - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

IT IS SO ORDERED.

Dated this <u>14th</u> day of November, 2024.

_____
THE HONORABLE JOHN C. COUGHENOUR
United States District Judge

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION
2:24-CV-01836-JCC - 3

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, I presented the foregoing EQUIFAX INFORMATION SERVICE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Cynque Daron Jones-Adams, *plaintiff pro se*
> 1023 Alder Street
> Seattle, Washington 98122
> Cell Phone: (206) 537-1877
> Email: qandnenterprise@gmail.com

> */s/ Andrew R. Escobar*
> Andrew R. Escobar
> *Counsel for Defendant*
> *Equifax Information Services LLC*

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION
2:24-CV-01836-JCC - 4

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910