UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNQUE DARON JONES-ADAMS, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | Case No.: 2:24-cv-01836-JCC <br><br> [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Upon consideration of Plaintiff Cynque Daron Jones-Adams's Motion for an Extension of Time to File an Amended Complaint, the consent motion is **GRANTED**. Accordingly, (1) Plaintiff shall file an amended complaint by __April 11__, 2025.

IT IS SO ORDERED.

Dated: __April 3__, 2025

*John C. Coughenour* (signature)

Judge John C. Coughenour
United States District Judge

1