UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAYEZ MANSOR, et al., | CASE NO. C23-0347JLR |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

Before the court is Defendants' June 11, 2025 status report apprising the court of Defendant U.S. Citizenship and Immigration Services' ("USCIS") progress in reviewing the Prima Facie Eligibility Streamlined Case Processing ("PFE SCP") system for adjudicating concurrently-filed applications for employment authorization and temporary protected status ("TPS"), which is the subject of the parties' cross motions for summary judgment. (6/11/25 Status Report (Dkt. # 113); *see* Plfs. MSJ (Dkt. # 89); Defs. MSJ (Dkt. # 92).) The parties' cross motions have been stayed since February 2025 pending

ORDER - 1

USCIS's review of the TPS and TPS PFE systems.  (*See* 2/18/25 Stay Order (Dkt. # 101); 3/17/25 Stay Order (Dkt. # 104); 4/15/25 Stay Order (Dkt. # 107); 4/29/25 Stay Order (Dkt. # 109); 5/13/25 Stay Order (Dkt. # 111).)

In their June 11, 2025 status report, Defendants represent that "USCIS leadership has decided to endeavor to resume SCP for TPS PFE determinations" and that "[p]rior to reinitiating SCP, USCIS must test reliability, accuracy, program integrity, and confirm adequate controls[.]"  (6/11/25 Status Report at 3 (citing Nolan Decl. (Dkt. # 113-1) ¶ 6.)  Defendants accordingly ask the court to stay the parties' cross motions for an additional 30 days, "at which point [USCIS] will be able to restart SCP for TPS PFE determinations again."  (*Id.*)

In light of the foregoing, the court concludes that an additional 30-day stay of the parties' cross motions—until **July 11, 2025**—is appropriate.  The Clerk is DIRECTED to renote the parties' cross motions for summary judgment (Dkt. ## 89, 92) for **July 11, 2025**.  The court understands that the parties' cross motions will be ripe for review on that date.  Defendants may, but are not required, to submit an optional status report on that date.

Dated this 12th day of June, 2025.

JAMES L. ROBART
United States District Judge